[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED** **KG**

_Jones, Jason M._

_____ ,

**Plaintiff(s),**

**vs.**

_Kathaleen T. Groth (Lanahan) et al_

_____ ,

**Defendant(s).**

AUG 01 2022   e l

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. **22CV4195**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE KIM**

**RANDOM ASSIGNMENT**

**PC9**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is ___Jones, Jason M.___ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.  Defendant, _PLEASE SEE ATTACHED FOR ALL DEFENDANTS_ , is
                        (name, badge number if known)

    ☐ an officer or official employed by _____SEE ATTACHED_____ ;
                                         (department or agency of government)

    _____SEE ATTACHED_____ or

    ☐ an individual not employed by a governmental entity.

    *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is_____Cook_____ . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _2015 - 2022_ , at approximately _9:30_ ☑ a.m. ☐ p.m.
                  (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _Bridgeview,_

    _____ , in the County of _Cook_ ,

    State of Illinois, at _BRIDGEVIEW COURTHOUSE LOCATED 10220 S. 76 AVE IN BRIDGEVIEW, IL_
                          (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☑   arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☐   used excessive force upon plaintiff;
    ☑   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☑   conspired together to violate one or more of plaintiff's civil rights;
    ☑   Other:
        _____PLEASE SEE ATTACHED_____

        _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

      municipality,  county or township, which custom or policy is the following: (***Leave blank***

      ***if no custom or policy is alleged***):_____

      _____

      _____

      _____.

8.    Plaintiff was charged with one or more crimes, specifically:

      _____ PLEASE SEE ATTACHED _____

      _____

      _____

      _____

      _____

9.    (***Place an X in the box that applies.  If none applies, you may describe the criminal***
      ***proceedings under "Other"***)  The criminal proceedings

      ☒   are still pending.

      ☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

      ☒   Plaintiff was found guilty of one or more charges because defendant deprived me of a

      fair trial as follows _SUSPENDED MY PARENTAL RIGHTS WITHOUT A HEARING, ORDERED ME TO_

      _BE ARRESTED WITHOUT COMMITTING A CRIME, AND CHARGED ME WITH AN ABUSE OF PROTECTION WITHOUT ANY EVIDENCE_

      ☒   Other: _____.

      _____

      [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
      may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
      conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

      3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

SEE ATTACHED

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

SEE ATTACHED

13.    Plaintiff asks that the case be tried by a jury.    ☑ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: James, Jason M.

Plaintiff's mailing address: 392 W. Basic RD 7

City HENDERSON State NV ZIP 89015

Plaintiff's telephone number: (312) 259 9089.

Plaintiff's email address *(if you prefer to be contacted by email)*: jxsonv9089@gmail.com

_____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Jones, Jason M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Kathaleen T. Groth (Lanahan), | ) |
| Stephen J. Connolly, | ) |
| Kathleen Burke, | ) |
| Toni Pittman, | ) |
| Saundra Finley, | ) |
| Brandi N. Pratt, | ) |
| Joel D. Buikema, | ) |
| Michael J. Carmody, | ) |
| Illinois Dept of Health & Family | ) |
| Services | ) |
| | ) |
| Defendants | ) |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under. 42 U.S.C. §§ 1983, 1985, and 1986.

2. This court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Jones, Jason M.

4. Defendant, Kathaleen T. Groth (Lanahan), is an official employed by THE JUDICIAL BRANCH OF GOVERNMENT/STATE OF ILLINOIS As a JUDGE MAGISTRATE.

4a. Defendant, Stephen J. Connolly, is an official employed by THE JUDICIAL BRANCH OF GOVERNMENT/STATE OF ILLINOIS As a JUDGE MAGISTRATE.

4b. Defendant, Kathleen Burke, is an official employed by THE JUDICIAL BRANCH OF GOVERNMENT/STATE OF ILLINOIS As a JUDGE MAGISTRATE.

4c. Defendant, Toni Pittman, is an individual not employed by a governmental entity.

4d. Defendant, Saundra Finley, is a Cook County Sheriff official formerly employed by THE STATE OF ILLINOIS.

4e. Defendant, Brandi N. Pratt, is an official employed by THE STATE OF ILLINOIS as an ILLINOIS ATTORNEY.

4f. Defendant, Joel D. Buikema, is an official employed by THE JUDICIAL BRANCH OF GOVERNMENT/STATE OF ILLINOIS As a JUDGE MAGISTRATE.

4g. Defendant, Michael J. Carmody, is an official employed by THE JUDICIAL BRANCH OF GOVERNMENT/STATE OF ILLINOIS As a JUDGE MAGISTRATE.

4h. Defendant, Illinois Dept of Health & Family Services, is a STATE AGENCY OF ILLINOIS.

5. The municipality, township, or county under whose authority defendant officer or official acted is Cook County. As to plaintiff's federal constitutional claims, the municipality, township, or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. From June of 2015 until present day of July 2022 during court proceedings throughout the years at approximately 9:30am, plaintiff was present in the Fifth Municipal District of Bridgeview, in the county of Cook, State of Illinois, at Bridgeview Courthouse located on 10220 S. 76th Ave in Bridgeview, Illinois when multiple defendants violated plaintiff's Civil and Constitutional rights as follows:

-Conspired together to violate one or more of the plaintiff's civil rights

-Arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing, or was about to commit a crime

-Failed to intervene to protect plaintiff from violation of plaintiff's Civil and Constitutional rights by one or more other defendants;

-Other – Violated plaintiff's right to Liberty, violated plaintiff's Constitutional and fundamental right to parent his child, violated plaintiff's 4th Amendment rights, violated plaintiff's 5th Amendment rights, violated plaintiff's 14th Amendment rights, violated plaintiff's 8th Amendment rights, Violated plaintiff's right to Due Process.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county, or township, which custom or policy is the following:

All defendants have violated Article I, Section I of the Bill of Rights as it reads, "ALL MEN ARE BY NATURE FREE AND INDEPENDENT AND HAVE CERTAIN INHERENT AND

INALIENABLE RIGHTS AMONG WHICH ARE LIFE,
LIBERTY, AND THE PURSUIT OF HAPPINESS".

8.   Plaintiff was charged with one or more crimes, specifically:

-A warrant was issued for the plaintiff in June 2017 and the plaintiff

was arrested in January of 2020 for Failure to submit job diaries

($500.00 body attachment in June 2017, the plaintiff filed several

motions to quash warrant, which all were ignored by defendant

magistrates, and the warrant amount for the plaintiff was fraudulently

changed by defendants to a $5,000.00 cash bond without the

knowledge of the plaintiff)

-The plaintiff was charged with an Order of protection by magistrate

defendants from false evidence and false testimony submitted by other

defendants. The plaintiff was also never served for this order of

protection and the plaintiff resides in a different state.

-Rule to show cause warrant issued against plaintiff without reason

showing the plaintiff committed any crime.

9.  The criminal proceedings:

    -Are still pending

-Other – Order protection granted from defendant Buikema for false testimony from defendant Pittman with defendant Finley to interfere and assist in having order of protection granted, which resulted in being ordered to stay away from my child for an additional 2 years after the defendants have already conspired together and deprived plaintiff from child for over 5 years to date.

-Other - Child support proceedings are continuous due to the fact the court and all defendant magistrates refuse to prove jurisdiction on record, but are still attempting to confiscate plaintiff's personal property, order the plaintiff to be arrested, and violate plaintiff's right to parent his child. Plaintiff's testimony, motions, and affidavits are all ignored by all defendant magistrates that has presided in these child support proceedings with case number 2015D550062.

10. Plaintiff further alleges as follows:

**DEFENDANT #1 SANDRA FINLEY – Former cook county Sheriff (Defendant Pittman's mother)**

-Ex-parte communication with multiple judges during court proceedings
-Uses her profession to sway the decisions of the judges during court proceedings

-Aided and assisted defendant Pittman in filing false claims and uses her profession to get false documents accepted in Cook County courts
-Assisted defendant Pittman as a witness with filing a false police report to get an Order of Protection granted against plaintiff
-Aided in Depriving plaintiff of his constitutional and fundamental right to parent his child
-Conspired with other defendants to interfere with plaintiff's 14th Amendment right
-Testified with false testimony under oath during court proceeding


**DEFENDANT #2 KATHALEEN T. GROTH (LANAHAN) D.B.A. JUDGE MAGISTRATE**

-Violated plaintiff's 8th Amendment rights
-Ordered plaintiff to be incarcerated without just cause
Suspended plaintiff's visitation rights to his child without just cause or hearing
-Violated plaintiff's 14th Amendment rights
-Conspired with other defendants to create a false document in order to have plaintiff arrested
-Ignored all motions to quash warrant from plaintiff's attorney and failed to rule on a motion and delay of judgements
-Ex-parte communication with other defendants during and outside of court proceedings without the knowledge of the plaintiff
-Conspired to interfere with plaintiff's constitutional right to parent
- Deprived plaintiff of his constitutional and fundamental right to parent his child
-Conspiracy against the plaintiff's Constitutional right under color of law
-Violated plaintiff's 4th Amendment rights
-Violated plaintiff's Due Process rights
-Fraud
-Judicial Misconduct

**DEFENDANT #3 KATHLEEN BURKE D.B.A. JUDGE MAGISTRATE**

-Ignored all motions submitted by the plaintiff and his attorney for over an entire year and failed to rule on a motion and delay of judgements
-Neglect
-Conspiracy against the plaintiff's Constitutional right under color of law
-Fraud

-Ex-parte communication with other defendants during and outside of court proceedings without the knowledge of the plaintiff
-Aided in Depriving plaintiff of his constitutional and fundamental right to parent his child

## DEFENDANT #4 STEPHEN J. CONNOLLY D.B.A. JUDGE MAGISTRATE

-Ignored all motions submitted by the plaintiff and failed to rule on a motion and delay of judgements
-Ignored and failed to address motion to prove jurisdiction on record
-Ordered unlawful amount of support for one child while plaintiff was unemployed for unjust enrichment
-Conspiracy against the plaintiff's Constitutional right under color of law
-Neglect
-Fraud
-Judicial Misconduct

## DEFENDANT #5 JOEL D. BUIKEMA D.B.A. JUDGE MAGISTRATE

-Ignored plaintiff's motion to dismiss even though the State agreed to dismiss the case
-Claimed he had jurisdiction without disclosing proof
-Failed to prove jurisdiction on record
-Granted an order of protection against the plaintiff from false paperwork and false testimony from other defendants without them displaying proof
-Refused to prove or answer if the court was a 'court of law' when asked
-Ex-parte communication with other party and other defendants outside and during the court proceeding
-Conspired to interfere with Constitutional right to parent
-Aided in Depriving plaintiff of his constitutional and fundamental right to parent his child
-Neglect
-Conspiracy against the plaintiff's Constitutional right under color of law
-Fraud
-Violated plaintiff's 14th Amendment rights
-Judicial misconduct

- Committed fraud upon the court
-Gave other party legal advice during court proceeding
-Acted as judge, prosecutor, and legal counsel for other party

## DEFENDANT #6 MICHAEL J. CARMODY D.B.A. JUDGE MAGISTRATE

-Failed to address motion to prove jurisdiction during court proceedings
-Ignored all my paperwork submitted by the plaintiff for the State to prove
jurisdiction
-Failed to rule on a motion and delay of judgements

## DEFENDANT #7 TONI PITTMAN (CHILD'S MOTHER)

-Disobeyed all court ordered visitation court orders
-Filed multiple false claims to interfere with plaintiff's Constitutional right to
parent his child
-Deprived plaintiff of his fundamental and Constitutional right to parent
-Conspired with other defendants to violate plaintiff's Constitutional right
-False Claims
-Committed fraud upon the court

## DEFENDANT #8 BRANDI N. PRATT D/B/A ILLINOIS ATTORNEY

-Judicial Misconduct
-Abuse of public office
-Fraud upon the court
-Ex-parte communication with presiding officials outside of court
-Accepted legal advice from presiding officials during court hearings
-false testimony on record
-Violated the plaintiff's 14th Amendment Rights
-Submitted false documents in order to have the plaintiff arrested

**Defendant #9 Illinois Department of Healthcare and Family Services**

-Interfered and Deprived plaintiff of Constitutional right to Liberty
-Fraud
-Violated plaintiff's 4th Amendment right for unlawful seizure

# ALL VIOLATIONS COMMITTED BY DEFENDANTS CAN BE PROVEN BY DOCUMENTATION, AFFIDAVITS, WITNESSES, AND AUDIO RECORDINGS. ALL IN WHICH ARE PERMISSABLE IN A COURT OF LAW DUE TO THE FACT THAT THE COURT FAILED TO PROVE JURISDICTION OR BEING A COURT OF LAW OR A COURT OF RECORD WITH JUDICIAL AUTHORITY PRESENT DURING COURT PROCEEDINGS

## <u>CASE LAWS SUPPORTING CLAIM</u>

*"The liberty interest at issue in this case – The interest of parents in the care, custody, and control of their children – is perhaps the oldest of the fundamental liberty interests recognized by the courts"*. ***Troxel v. Granville, 530 U.S. 57 (U.S. 2000)***

*"The Due Process Clause of the 14th Amendment requires that severance in the parent-child relationship caused by the state occur only with rigorous protections for individual liberty interests at stake".*

**Bell v. City of Milwaukee, 746 F 2d 1205; US Ct App 7th Cir WI, (1984).**

**45 CFR § 303.101(c)(2)- Expedited Process.**

*Safeguards: (2) The due process rights of the parties involved must be protected*

**In Santosky v. Kramer,** *the court stated "…the private interest affected by terminations (of parental rights) weighs heavily against a preponderance of the evidence standard because the parent's right to custody of his or her children is more precious than a mere property right, and because terminations not only infringe upon the parent's liberty interest, but seek to end it finally and irrevocably".*

**25 CFR 11.448 – ABUSE OF OFFICE**

*(b) Denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity. "A public official commits the offense of abuse of public office when he or she intentionally or knowingly and with the intent to obtain a personal benefit violates the law regarding his or her office…"*

***Collusion*** – *When two or more parties secretly agree to defraud a third-party of their rights or accomplish an illegal purpose*

**Pursuant to U.S. Department of Justice Civil Rights Division, March 14, 2016;**

*(1) Courts must not incarcerate a person for nonpayment of fines or fees without first conducting an indigency determination and establishing that the failure to pay was willful;*

*(5) Courts must not use arrest warrants or license suspensions as a means of coercing the payment of court debt when individuals have not been afforded constitutionally adequate procedural protections;*

**In the Supreme Court case People v. Davis,** *"(a) A person commits perjury when, under oath or affirmation, in a proceeding or in any other matter whereby law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true."*

***720 ILCS 5/32-2***

**Violation of Rule 3.3: Candor Toward the Tribunal**

(a) A lawyer shall not knowingly:

(1) make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer;

*An attorney may be liable to a non-client for negligence, which is defined according to **Section 552 of the Restatement of Torts** (1979). The elements of negligence are:*

(2) *makes a misrepresentation of a material fact, without reasonable care;*

*"...Judicial law prohibits... attorneys from engaging in deceit that deceives any party or the Court in a pending Court proceeding. The statute also provides treble damages for violations of the statute. The statute provides that an attorney who "is guilty of any deceit or collusion, or consents to any deceit or collusion, with intent to deceive the court or any party...is guilty of a misdemeanor, and in addition to the punishment prescribed therefore by the penal law, he forfeits to the party injured treble damages, to be recovered in a civil action."*

*While some courts require a pattern of deceitful activity, others have held that one instance of deceit is enough to sustain liability.* **Guardian Life Ins. Co. of America v. Handel, 56 N.Y.S. 2d 804 (1ˢᵗ Dep't 1993)**

*A particular area of concern is when an attorney commits or suborns perjury.* **New York Transit Authority v. Morris J. Eisen, P.C., 715 NYS2d 232 (1ˢᵗ Dep't 2000)**

"*Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action.*" **– Melo v. U.S., 505 F 2d 1026**

"*The burden shifts to the court to prove jurisdiction.*" – **Rosemond v. Lambert, 469 F 2d 416**

"*Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted.*" – **Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150**

"*The law provides that once State and Federal Jurisdiction has been challenged, it must be proven.*" **Main v. Thiboutot 100 S. Ct. 2502 (1980)**

"*Jurisdiction can be challenged at any time.*" **Basso v. Utah Power & Light Co. 495 F 2d 906, 910.**

"*Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal.*" **Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2d. 368 (Fla 2nd DCA 1985)**

**Fraud** - *In civil litigation, fraud can be based on a misrepresentation of fact that was either intentional or negligent. For a statement to be an intentional misrepresentation, the person who made it must either have known the statement was false or been reckless as to its truth. An attorney, who is an officer of the court, is involved in the perpetration of a fraud or makes material misrepresentations to the court. Fraud upon the court makes void the orders and judgements of that court.*

*"The Court has broadly defined fraud as any conduct calculated to deceive, whether it be by direct falsehood or by innuendo, by speech or silence, by word of mouth, by look, or by gesture. **Illinois Rockford Corp. v. Kulp, 1968, 242 N.E. 2d 228, 41 ill. 2d 215.***

*"Fraud includes the suppression of the truth, as well as the presentation of false information. **(In re Witt (1991) 145 Ill.2d 380, 583 N.E.2d 526, 531, 164 Ill. Dec. 610)."***

Rule 2.9: Ex parte communication

> *(A) "A judge shall not initiate, permit, or consider ex parte communications, or consider other communications made to the judge outside the presence of the parties or their lawyers, concerning a pending or impeding matter."*

**Malfeasance** – *Wrongdoing, especially by a public official. The performance of an illegal act. Intentionally doing something either legally or*

*morally wrong which one had no right to do. It always involves dishonesty,*
*illegality, or knowingly exceeding authority for improper reasons.*

**Negligent Infliction of Emotional Distress** - *The cause of severe emotional*
*distress through negligent action. The elements pertaining to the defendant's*
*conduct that supports the plaintiff's NIED claim is:*

1. *Foreseeability Rule – The defendant must have been able to
   reasonably foresee that her actions would have caused the
   plaintiff emotional distress.*

2. *Impact Rule – Defendant's negligent act had at least a minor
   impact on the plaintiff, causing injury.*

*The Supreme Court has held that "the elements of a cause of action for fraud and*
*deceit are: False statement of material fact; known or believed to be false by the*
*party making it; intent to induce the other party to act; action by the other party in*
*reliance on the truth of the statement; and damage to the other party resulting*
*from such reliance."* ***Carter v. Mueller 457 N.E. 2d 1335 Ill. App. 1 Dist. 1983***

*"An attorney that has knowingly and intentionally filed material*
*misrepresentations with court in order to induce the court to take action that it*
*would not otherwise take cannot stand behind vigorous advocacy as an excuse"*
***Canon U.S.A., Inc. v. Divinium Techs., Inc***

*"Properly alleged facts within an affidavit that are not contradicted by a counter affidavit are taken as true, despite the existence of contrary averments in the adverse party's pleadings.* **"Professional Group Travel, Ltd. v. Professional Seminar Consultants Inc., 136 ILL App 3d 1084, 483 N.E. 2d 1291;**

**18 USC § 242 – Deprivation of Rights under color of law**

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States….*

**18 USC § 241 – Conspiracy Against Rights**

*__If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State,__ Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; They shall be fined under this title or imprisoned not more than ten years, or both;…and if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years of for life, or both, or may be sentenced to death.*

11. Defendants acted knowingly, intentionally, willfully, and maliciously.

12. As a result of the defendant's conduct, plaintiff was injured as

    follows:

    Mental anguish, Intentional Infliction of Emotional Distress,

    Emotional harm, pain and suffering, loss of income, loss of

    enjoyment of life, loss of freedom, loss of social life, anxiety,

    stress, loss of weight, extreme worry for the safety of my child,

    victim of fraud, victim of Constitutional violations of 4th, 5th, 8th,

    and 14th Amendments, victim of conspiracy against rights, victim

    of deprivation of rights under color of law, victim of due process

    violations, victim of unjust enrichment, victim of false allegations,

    victim of judicial misconduct, and victim of abuse of power.

13. Plaintiff asks that the case be tried by a jury.

    YES

14. Plaintiff also claims violation of rights that may be protected by

    the laws of Illinois, such as false arrest, assault, battery, false

    imprisonment, malicious prosecution, conspiracy, and/or any other

    claim that may be supported by the allegations of this complaint.

    Plaintiff further alleges violations committed by defendants as

    follows:

-18 U.S.C. § 1001(a)(3)
-18 U.S.C. § 241
-18 U.S.C. § 242
-45 C.F.R. § 303.101(c)(2)
-25 C.F.R. § 11.433
-25 C.F.R. § 11.448
-Amendment XIV SECTION 1
-Santosky v. Kramer
-Freestone v. Blessing
-Marbury v. Madison
-Owens v. City of Independence
-Byars v. United States
-Miranda v. Arizona
-Parental kidnapping

## **RELIEF**

Due to the continuous Constitutional and Civil violations committed and conspired by all defendants collectively, directly and/or indirectly, for the extensive 7-year duration of Cook County trial court case No. 2015D550062, the plaintiff is seeking monetary relief in the sum certain amount of $10,000,000 (Ten Million Dollars) USD.

Dated this 12th day of July 2022, A.D.

_____

UCC 1-308 All Rights Reserved
Without Prejudice

Janss, Jason M.
302 W. Basic Rd 7
Henderson, NV 89015



CERTIFIED MAIL

7021 2720 0003 2971 8801







U.S. POSTAGE PAID
FCM LG ENV
BRIDGEVIEW, IL
60455
JUL 14, 22
AMOUNT
**$5.56**
R2305K140872-04

1000          60604



08/01/2022-6

first class

U.S. District Court
219 Dearborn St.
Chicago, IL 60604

2022 AUG -1 AM 9:04